```
                                          FILED
                               CLERK, U.S. DISTRICT COURT

                                       May 18, 2016

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:    PMC            DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ALTMAYER'S TRANSPORTATION LLC, a Washington limited liability company; K & P TRANSPORTATION LLC, an Ohio limited liability company; and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-08502-SVW (SSx)<br><br>**ORDER FOR CONDITIONAL DISMISSAL** |

    WHEREAS the parties, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA and Defendant Altmayer's Transportation LLC have stipulated to conditionally dismiss the captioned action;

    IT IS HEREBY ORDERED that the Complaint be and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, subject to reopening within 60 days hereof in the event settlement is not consummated.

Dated: May 18, 2016

                                 /s/ Stephen V. Wilson
                                 UNITED STATES DISTRICT COURT JUDGE